# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: June 10, 2026

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| MESHELL MILLER, | * | UNPUBLISHED |
| | * | |
| Petitioner, | * | No. 23-1845V |
| | * | |
| v. | * | Special Master Dorsey |
| | * | |
| SECRETARY OF HEALTH | * | Motion for Decision Dismissing Petition; |
| AND HUMAN SERVICES, | * | Vaccine Rule 21(b). |
| | * | |
| Respondent. | * | |
| | * | |
| * * * * * * * * * * * * * * | | |

Mark Sadaka, Law Offices of Sadaka Associates, LLC, Englewood, NJ, for Petitioner.
Nina Ren, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On October 19, 2023, Meshell Miller ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2] Petitioner alleged that she suffered "vaccine-induced shoulder pain, bursitis of left shoulder and partial thickness rotator cuff tear that were either 'caused-in-fact' by [an influenza ("flu") vaccine administered on October 21, 2020] or, in the alternative, significantly aggravated by [the flu vaccination]." Petition at 1 (ECF No. 1). This

---

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Decision to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

matter was assigned to the Special Processing Unit ("SPU").  Activation and Reassignment Order dated Sept. 9, 2025 (ECF No. 23).

On March 26, 2026, Respondent filed his Rule 4(c) report arguing against compensation.  Respondent's Report ("Resp. Rept.") at 1 (ECF No. 29).  In his Rule 4(c) report, Respondent argued (1) Petitioner had not met the severity requirement, (2) Petitioner failed to establish a Table claim, and (3) Petitioner failed to demonstrate causation-in-fact or significant aggravation.  Id. at 5-8.  Given these issues, this matter was reassigned out of SPU to the undersigned's docket.  Order Reassigning Case dated Apr. 28, 2026 (ECF No. 30); Notice of Reassignment dated Apr. 29, 2026 (ECF No. 31).

After a review of the record, the undersigned issued an Order to Show Cause, preliminarily finding (1) Petitioner failed to meet the six-month severity requirement and (2) Petitioner's case lacked merit.  Order to Show Cause dated May 8, 2026 (ECF No. 32).

On June 8, 2026, Petitioner filed a Motion for a Decision Dismissing Her Petition pursuant to Vaccine Rule 21(a).  Petitioner's Mot. for a Decision Dismissing Petition ("Pet. Mot."), filed June 8, 2026 (ECF No. 33).  On June 9, 2026, Petitioner filed a status report, clarifying that Petitioner seeks to dismiss her case under Vaccine Rule 21(b).  Pet. Status Rept., filed June 9, 2026 (ECF No. 34).

Petitioner indicated that she "understands that a decision by the Special Master dismissing this petition will result in a judgment against the [P]etitioner" and "Petitioner has been advised that such a judgment will end all of Petitioner's rights in the Vaccine Program."  Pet. Mot. at 1.  Petitioner indicated she "does intend to protect [her] rights to file a civil action in the future" and "intends to elect to reject the Vaccine Program judgment and elect to file a civil action."  Id. at 2.

Under Vaccine Rule 21(b), which governs voluntary dismissals of a petition with entry of judgment, "The special master or the court may dismiss a petition or any claim therein at the petitioner's request on terms that the special master or the court considers proper by issuance of a decision pursuant to 42 U.S.C. § 300aa-12(d)(3)."  Vaccine Rule 21(b)(1).  Unless stated otherwise, the dismissal "is with prejudice" and "will result in a judgment pursuant to Vaccine Rule 11 for purposes of 42 U.S.C. § 300aa-21(a)."  Vaccine Rule 21(b)(2).

The undersigned **GRANTS** Petitioner's motion.  In accordance with Vaccine Rule 21(b), this case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk of Court is instructed to enter judgment accordingly.

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Special Master

2